THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD WALTER MAYBUSHER, Appellant

536

Ughetta, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.